IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

**DEBRA LYNN JURKOWICH,**
    Plaintiff,

vs.                        3:09cv246/MCR/MD

**THOMAS EDWARD JURKOWICH,**
    Defendant.
_____/

**O R D E R**

Upon consideration of the Report and Recommendation of the Magistrate Judge filed on June 15, 2009, pursuant to 28 U.S.C. § 636(b)(1)(B), and after reviewing objections to the Recommendation, if any, the Recommendation is adopted as the opinion of the Court.

Accordingly, it is now ORDERED as follows:

1. The magistrate judge's report and recommendation is adopted and incorporated by reference in this order.

2. The removal is DISMISSED as improper.

3. This action is REMANDED to the Circuit Court for Escambia County, Florida.

4. The clerk is directed to send a certified copy of this remand order to the Clerk of the Circuit Court for Escambia County, Florida, and close this file.

DONE AND ORDERED this 10th day of July, 2009.

                                 s/ *M. Casey Rodgers*
                                 **M. CASEY RODGERS**
                                 **UNITED STATES DISTRICT JUDGE**